# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

HERBERT AGUILAR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1889

———————————————

October 29, 2025

Appeal from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

Jorge Leon Chalela of Jorge Leon Chalela, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

LUCAS, C.J., and MORRIS and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.